# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

LORENZO BROWN, )
)
    Petitioner, )
)
v. ) Case No. CV408-135
)
STATE BOARD OF PARDONS AND )
PAROLES, )
)
    Respondent. )

## REPORT AND RECOMMENDATION

Petitioner applied to proceed *in forma pauperis* with this § 2254 action,[1] but the Court denied his application based on a finding that he had sufficient assets to pay the $5.00 filing fee. (Docs. 2 & 3.) He was cautioned that if he failed to pay the filing fee within 20 days, his petition would be dismissed without prejudice. (Doc. 3.) Petitioner did not pay the filing fee by August

---

[1] In filing his petition, Brown used the standard form for initiating a motion pursuant to 28 U.S.C. § 2255; however, since Brown is a state prisoner who is challenging the action of a state parole board, this Court construed his habeas petition as having been brought pursuant to 28 U.S.C. § 2254, which applies to state prisoners in custody pursuant to a judgment of a state court. (Doc. 2 at 2, n. 1.)

22, 2008 as ordered, and he has offered no explanation for his failure to comply with the Court's directive. Accordingly, this case should be **DISMISSED**. See Rule 3(a), Rules Governing Section 2254 Cases; 28 U.S.C. § 1914(a).

**SO REPORTED AND RECOMMENDED** this 28th day of August, 2008.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**